DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES HILTON PARKER, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-785

_____

September 15, 2021

Appeal from the Circuit Court for Highlands County; Peter F. Estrada, Judge.

William R. Ponall of Ponall Law, Maitland; and Lisabeth J. Fryer of Lisabeth J. Fryer, P.A., Sanford, for Appellant.

PER CURIAM.

Affirmed.

MORRIS, C.J., and KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.